IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00470-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. ALFERED SAYAD,

       Defendant.

---

## ORDER TO DISMISS

---

Upon review of the Motion filed by the United States, and finding good cause contained therein, it is hereby ORDERED that the court dismiss the indictment pertaining to defendant Alfered Sayad in the above referenced case. Alfered Sayad has pled to an information.

SO ORDERED THIS ___ DAY OF September, 2008.

                                                   HON. JOHN L. KANE
                                                 SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT
                                                 DISTRICT OF COLORADO